**ACCARDI & MIRDA**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
100 Eagle Rock Avenue – Suite 307
East Hanover, New Jersey 07936
_____
Telephone: (973) 585-6480
Facsimile: (973) 585-6487
Email:aja@am-lawfirm.com

ANTHONY J. ACCARDI                                    *OF COUNSEL*
CRISTINA ACCARDI MIRDA*♦                              JOSEPH S. ACCARDI
                                                      MICHAEL A. MIRDA
_____
*Certified by the Supreme Court of New Jersey*
   *As A Civil Trial Attorney*
♦*R.1:40 Qualified Mediator*

                                                      June 6, 2017

William T. Walsh, Clerk of the Court
United States District Court
Martin Luther King Federal Courthouse & Building
50 Walnut Street
Newark, New Jersey 07102

       Re:  Maryellen Hanley, et al. v. Metropolitan Property and Casualty Insurance Company, et al.
            Middlesex County Docket Number:  MID-L-2353-17

Dear Sir/Madam:

        Enclosed please find the following documents for filing with reference to the above-entitled matter:

        (xx) Notice of Filing;
        (xx) Notice of Removal to the United States District Court and exhibits in support
             thereof;
        (xx) Civil Cover Sheet;
        (xx) Certification of Service.

        The filing fee of $400.00 is being paid electronically via the internet.

        Thank you for your attention to this matter.

                                                      Very truly yours,

                                                      ANTHONY J. ACCARDI

Encl.

Page Two
June 6, 2017

United States District Court
RE:  Maryellen Hanley, et al. v. Metropolitan Property and Casualty Insurance Company, et al.

Cc:  Clerk, Middlesex County Superior Court
     56 Paterson Street
     New Brunswick, New Jersey 08903

     Paul A. Garfield, Esq.
     Davis, Saperstein & Salomon, P.C.
     375 Cedar Lane
     Teaneck, New Jersey 07666

ACCARDI & MIRDA, P.C.
100 Eagle Rock Ave., St. 307
East Hanover, New Jersey  07936
Tele:  (973) 585-6480
Fax:  (973) 585-6487
Attorney/Firm ID: 029391987
Attorneys for Defendant, METROPOLITAN PROPERTY AND CASUALTY INSURANCE
COMPANY

| | |
|---|---|
| MARYELLEN HANLEY AND JOSEPH HANLEY, HER SPOUSE, | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY<br>: |
| Plaintiffs, | :<br>: |
| vs. | : CIVIL ACTION<br>: |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, JOHN DOES 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS), AND/OR XYZ CORPS. 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN CORPORATIONS, PARTNERSHIPS AND/OR LIMITED LIABILITY COMPANIES OR OTHER TYPES OF LEGAL ENTITIES), and LUCILLE BIONDO, | :<br>: **NOTICE OF FILING**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants, | :<br>: |

TO:     WILLIAM T. WALSH, CLERK OF THE COURT
        UNITED STATES DISTRICT COURT
        MARTIN LUTHER KING FEDERAL COURTHOUSE & BUILDING
        50 WALNUT STREET
        NEWARK, NEW JERSEY 07102

WITH NOTICE TO:          Clerk, Middlesex County Superior Court
                         56 Paterson Street
                         New Brunswick, New Jersey 08903

                         Paul A. Garfield, Esq.
                         Davis, Saperstein & Salomon, P.C.
                         375 Cedar Lane
                         Teaneck, New Jersey 07666

SIRS AND/OR MADAMS:

Please take notice that a Notice of Removal of this action from the Superior Court of New Jersey, Law Division, Middlesex County, Docket Number:  MID-L-2353-17 to the United States District Court for the District of New Jersey, a copy of the Notice of Removal is attached hereto, was filed on June 6, 2017 in the United States District Court for the District of New Jersey, Newark Vicinage.

BY: _____

ANTHONY J. ACCARDI, ESQ.

Dated:  June 6, 2017

ACCARDI & MIRDA, P.C.
100 Eagle Rock Ave., St. 307
East Hanover, New Jersey  07936
Tele:  (973) 585-6480
Fax:  (973) 585-6487
Attorney/Firm ID: 029391987
Attorneys for Defendant, METROPOLITAN PROPERTY AND CASUALTY INSURANCE
COMPANY

| | |
|---|---|
| MARYELLEN HANLEY AND JOSEPH HANLEY, HER SPOUSE, | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY<br>: |
| Plaintiffs, | :<br>: |
| vs. | : CIVIL ACTION<br>:<br>: |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, JOHN DOES 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS), AND/OR XYZ CORPS. 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN CORPORATIONS, PARTNERSHIPS AND/OR LIMITED LIABILITY COMPANIES OR OTHER TYPES OF LEGAL ENTITIES), and LUCILLE BIONDO, | : **NOTICE OF REMOVAL**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants, | :<br>: |

PLEASE TAKE NOTICE that Defendant, METROPOLITAN PROPERTY AND

CASUALTY INSURANCE COMPANY (hereinafter referred to as "Met P&C") files this Notice

of Removal, pursuant to 28 U.S.C. § 1446, to remove this civil action from the Superior Court of

New Jersey, Law Division, Middlesex County, wherein it was filed under Docket Number MID-

L-2353-17, to the United States District Court for the District of New Jersey, and shows unto this

Honorable Court as follows:

    1.  Pursuant to 28 U.S.C. § 1446, Met P&C invokes this District Court's jurisdiction

under 28 U.S.C. § 1441 (providing that defendants may remove any civil action, filed in state

court, of which the District Courts of the United States have original jurisdiction), and 28 U.S.C. § 1332 (granting District Courts original jurisdiction of all civil actions between persons of diverse citizenship).

2. On April 20, 2017, Plaintiffs, Maryellen Hanley and Joseph Hanley, her spouse, filed an action against Met P&C in the Superior Court of the State of New Jersey, Law Division, Middlesex County, for underinsured motorist (UIM) coverage arising out of a motor-vehicle accident which occurred on or about September 27, 2016. A true copy of the Complaint is annexed hereto as Exhibit "A."

3. The Summons and Complaint were received by Met P&C via personal service on May 8, 2017. A true copy of the Summons is annexed hereto as Exhibit "B."

4. There have been no other proceedings in this action.

5. The plaintiffs purport to be citizens and residents of the State of New Jersey residing within the County of Somerset. (Ex. A).

6. Met P&C is a Rhode Island corporation with its principal place of business located at 700 Quaker Lane, Warwick, RI 02887.

7. Pursuant to 28 U.S.C. § 1332(c)(1), Met P&C is, therefore, a citizen and resident of Rhode Island. Met P&C is not, and was not at the time of the filing, a citizen of the State of New Jersey.

8. Met P&C is the only known defendant in this action. There are no other defendants that can be ascertained at this time or believed to reside in New Jersey. (Ex. A).

9. Therefore, complete diversity of citizenship exists between the parties.

10.  At the time of the subject accident, the plaintiff, Maryellen Hanley was the operator of a motor vehicle owned by the plaintiff, Joseph Hanley, and insured by Met P&C with $500,000.00 in first-party UIM coverage.  (Ex. A).

11.  The plaintiffs settled their underlying claim with the tortfeasor's liability policy for $15,000.00, and by way of this action are now seeking $485,000.00 in first-party UIM benefits through their own policy with Met P&C.  See also, "Offer of Judgment" in the amount of $485,000.00 included in the Complaint.  (Ex. A).

12.  Therefore, the matter in controversy clearly exceeds $75.000.00.

13.  Jurisdiction over the subject matter of this action is conferred on this Court by 28 U.S.C. § 1441(a).

14.  Jurisdiction in this Court is proper pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 in that the parties are of complete diversity of citizenship, the amount in controversy exceeds $75,000.00 exclusive of interest and costs, and no defendant is a citizen of the State of New Jersey.

15.  Venue in this district is proper under 28 U.S.C. § 1441 because this District includes the New Jersey Superior Court in Middlesex County, the forum in which the removed action was pending.

16.  This Notice of Removal was filed with this Court within 30 days of Met P&C's receipt "through service or otherwise, of the initial pleading setting forth a claim for relief upon which such action or proceeding is based," as provided by 28 U.S.C. § 1446(b).

17.  Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal has been given to all parties involved in the State action.

18.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been filed with the Clerk of the Superior Court of New Jersey, Law Division, Middlesex County.

19.  The Complaint and Summons, annexed as Exhibits A & B, respectively, constitute all of the process, pleadings, and/or orders that have been served on Met P&C in connection with this action.

WHEREAS, Defendant/Petitioner, Met P&C, respectively gives notice to this Court of the removal of the State action in the Superior Court of New Jersey, Law Division, Middlesex County to the United States District Court for the District of New Jersey, Newark Vicinage.

_____
ANTHONY J. ACCARDI, ESQ.

Date: June 6, 2017

# EXHIBIT A

FILED & RECEIVED #1
2017 APR 20  P 12:03
CIVIL OFFICE
MIDDLESEX VICINAGE

Paul A. Garfield, Esq. - 015691989
DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000
Fax: (201) 692-0444
Attorneys for Plaintiff(s),

| | |
|---|---|
| Maryellen Hanley and Joseph Hanley, her spouse<br><br>Plaintiff(s),<br><br>- vs -<br><br>Metropolitan Property and Casualty Insurance Company, John Does 1-10 (fictitious names representing unknown individuals) and/or XYZ Corps. 1-10 (fictitious names representing unknown corporations, partnerships and/or Limited Liability Companies or other types of legal entities)<br><br>Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br><br>DOCKET NO: MID-L- 2 3 5 3 - 1 7<br><br>Civil Action<br><br>COMPLAINT AND JURY DEMAND<br>AND OFFER OF JUDGEMENT |

Plaintiffs Maryellen Hanley and Joseph Hanley residing at 1825 Bolmer Farm Road, in the Township of Bridgewater (Martinsville), County of Somerset, and the State of New Jersey, by way of Complaint against the Defendants say:

-1-

*DAVIS, SAPERSTEIN & SALOMON, P.C.*
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

## FIRST COUNT

1.      At all relevant times herein, Plaintiff Maryellen Hanley, date of birth August 8, 1964 was a New Jersey resident who resided at 1825 Bolmer Farm Road, in the Township of Bridgewater (Martinsville), County of Somerset, and the State of New Jersey.

2.      At all times herein relevant, Defendant Metropolitan Property and Casualty Insurance Company, is now and at all times herein mentioned a statutory entity organized and existing under the laws of the State of New Jersey, authorized to engage in the automobile insurance business and servicing of insurance claims in the State of New Jersey, including uninsured/underinsured motorist coverage, with its principal place of business located in Scranton, Pennsylvania.

3.      On or about September 27, 2016, Plaintiff Maryellen Hanley was the operator of a motor vehicle owned by the Plaintiff Joseph Hanley, and insured by the Defendant Metropolitan Property and Casualty Insurance Company, under Policy Number 253462834-0 for and in consideration of annual premium payments. Plaintiffs had paid all premiums according to the contract agreement, and said policy of insurance was in effect on September 27, 2016.

4.      Said policy of automobile insurance entitled Plaintiff Maryellen Hanley, and any drivers and passengers in said motor vehicle, in addition to any persons suffering damages as a result of an accident within said motor vehicle, to medical expense benefits and uninsured/underinsured motorist benefits with respect to bodily injuries sustained and caused by an automobile accident.

-2-

*DAVIS, SAPERSTEIN & SALOMON, P.C.*
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

5.      On or about September 27, 2016, Plaintiff Maryellen Hanley the operator of a motor vehicle, which was traveling on Martinsville Road, at or near its intersection with Allen Road, in the Township of Bernards, County of Somerset, and the State of New Jersey.

6.      At the aforesaid time and place, Sunita Agrawal was the operator of a vehicle, owned by Narendra S. Bisht, which was making a turn onto Allen Road, at or near its intersection with Martinsville Road, in the Township of Bernards, County of Somerset, and the State of New Jersey.

7.      At the aforesaid time and place, Sunita Agrawal operated said vehicle in such an inattentive, careless, reckless, and negligent manner, so as to cause the vehicle to collide with the vehicle being operated by the Plaintiff Maryellen Hanley, thereby causing the Plaintiff to sustain severe personal injuries.

8.      As a direct and proximate result of the aforesaid inattentiveness, carelessness, recklessness, and negligence of Sunita Agrawal and Narendra S. Bisht, Plaintiff Maryellen Hanley was injured in and about her mind and body; was and will in the future be caused great pain and suffering to her mind and body; was and will in the future be obliged to expend great sums of money for medical aid and attention; has sustained economic loss; and was and will in the future be unable to attend to her usual pursuits and occupations and was further damaged.

9.      The injuries and damages suffered by the Plaintiff as aforesaid are personal injuries either exempt from or meeting the requirements of one or more of the categories set forth in N.J.S.A. 39:6A-8(a), if said Statute is applicable to the Plaintiff's cause of action as set forth in this Complaint.

-3-

10.     Sunita Agrawal and Narendra S. Bisht were underinsured, and pursuant to the provisions of the applicable insurance policy, Plaintiff Maryellen Hanley is entitled to underinsured motorist benefits from Defendant Metropolitan Property and Casualty Insurance Company.

11.     The underlying case in this matter was settled for $15,000.00 on or about February 16, 2017, and the Plaintiff received Defendant Metropolitan Property and Casualty Insurance Company's consent to settle on or about March 13, 2017.

12.     Defendant Metropolitan Property and Casualty Insurance Company has failed to recognize the underinsured motorist claim.

WHEREFORE, Plaintiff Maryellen Hanley demands judgment for damages against the Defendant Metropolitan Property and Casualty Insurance Company, compelling them to provide and pay Plaintiff's contracted damages pursuant to underinsured motorist coverage, together with interest, costs, and such other relief as this Court may deem fair and appropriate.

## SECOND COUNT

1.     Plaintiff Maryellen Hanley repeats each and every allegation of the First Count of the Complaint as if set forth at length herein verbatim.

2.     At the aforesaid time and place, Defendants John Does 1-10 was an unknown person and/or persons whose actions caused and/or contributed, directly and indirectly, to the accident herein and the injuries and damages suffered by Plaintiff Maryellen Hanley.

3.     At the aforesaid time and place, Defendants XYZ Corps. 1-10 was an unknown business, corporation and/or entity, whose agents, servant and/or employee's actions caused and/or contributed, directly or indirectly, to the accident herein and the injuries and damages suffered by Plaintiff Maryellen Hanley.

-4-

*DAVIS, SAPERSTEIN & SALOMON, P.C.*
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

4.     As a direct and proximate result of the aforesaid carelessness, recklessness and negligence of the Defendants John Does 1-10 and/or XYZ Corps. 1-10, Plaintiff Maryellen Hanley was injured in and about her mind and body; was and will in the future be caused great pain and suffering to her mind and body; was and will in the future be obliged to expend great sums of money for medical aid and attention; has sustained economic loss; and was and will in the future be unable to attend to her usual pursuits and occupations and was further damaged.

5.     The injuries and damages suffered by Plaintiff Maryellen Hanley as aforesaid is are personal injuries meeting the requirements of one or more of the categories set forth in N.J.S.A. 39:6A-(a), if said Statute is applicable to Plaintiff's cause of action as set forth in this Complaint.

WHEREFORE, Plaintiff Maryellen Hanley demands judgment for damages against the Defendants John Does 1-10 and/or XYZ Corps. 1-10 compelling them to provide and pay Plaintiff's contracted damages pursuant to underinsured motorist coverage, together with interest, costs, and such other relief as this Court may deem fair and appropriate.

## THIRD COUNT

1.     Plaintiff Joseph Hanley repeats each and every allegation contained in the First and Second Counts of the Complaint as if set forth at length herein verbatim.

2.     Plaintiff Joseph Hanley is the spouse of Maryellen Hanley, the injured Plaintiff.

3.     As a direct and proximate result of the aforesaid injuries to the Plaintiff Maryellen Hanley, the Plaintiff Joseph Hanley has been and will be deprived of the consortium and services of the said injured Plaintiff.

-5-

*DAVIS, SAPERSTEIN & SALOMON, P.C.*
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

WHEREFORE, Plaintiff Joseph Hanley demands judgment against the Defendants for such sum as would be reasonable and proper compensation in accordance with the laws of the State of New Jersey, together with interest and costs.

DAVIS, SAPERSTEIN & SALOMON, P.C.
Attorneys for Plaintiff(s)

Dated: April 18, 2017

BY:   Paul A. Garfield, Esq.
For the Firm

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues raised in the various Counts of the Complaint.

## DESIGNATION OF TRIAL COUNSEL
*04331 2006*

Plaintiffs hereby designate Christopher T. Karounos, Esq. as trial counsel in this matter.

## DEMAND FOR FULL POLICY LIMITS

Plaintiffs hereby demand the full sum of Defendant's UIM policy limits.

DAVIS, SAPERSTEIN & SALOMON, P.C.
Attorneys for Plaintiff(s)

Dated: April 18, 2017

BY:   Paul A. Garfield, Esq.
For the Firm

## OFFER OF JUDGEMENT

Pursuant to Rule 4:58-2, you are hereby served with an Offer of Judgement in the amount of Four Hundred and Eighty Five Thousand Dollars ($485,000).

Failure to accept this offer will subject you to any excess award, costs of suit, interest, plus attorneys' fees.

-6-

*DAVIS, SAPERSTEIN & SALOMON, P.C.*
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

## DEMAND FOR ANSWERS TO INTERROGATORIES

Pursuant to Rule 4:17-1(b)(1) et seq., Plaintiffs hereby demand that Defendants answer Form "C" Uniform Set of Interrogatories of Appendix II and supplemental Form "C1", within the time prescribed by the Rules of Court.

Plaintiffs reserve the right to propound additional supplemental Interrogatories pursuant to the Rules of Court.

## CERTIFICATION

I certify, pursuant to R.4:5-1, that to the best of my knowledge, information and belief at this time, the matter in controversy is not the subject matter of any other action pending in any other court, nor of any pending arbitration proceeding; that no other action or arbitration is contemplated; and that there are no other parties who should be joined in this action.

DAVIS, SAPERSTEIN & SALOMON, P.C.
Attorneys for Plaintiff(s)

Dated:  April 18, 2017

BY:    Paul A. Garfield, Esq.
       For the Firm

-7-

*DAVIS, SAPERSTEIN & SALOMON, P.C.*
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

**Appendix XII-B1**

## CIVIL CASE INFORMATION STATEMENT
### (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

| | |
|---|---|
| **FOR USE BY CLERK'S OFFICE ONLY** | |
| PAYMENT TYPE: ☐CK ☐CG ☐CA | RECEIVED #1 |
| CHG/CK NO. | 2017 APR 20 P 12:03 |
| AMOUNT: | CIVIL OFFICE |
| OVERPAYMENT: | MIDDLESEX VICINAGE |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Paul A. Garfield, Esq. | (201) 907-5000 | Middlesex |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| DAVIS, SAPERSTEIN & SALOMON, PC | MID-L-2353-17 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 375 Cedar Lane<br>Teaneck, New Jersey 07666 | Complaint |
| | JURY DEMAND ■ YES ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Maryellen Hanley, Plaintiff<br>Joseph Hanley, Plaintiff | Maryellen Hanley, et. al. vs. Metropolitan Property and Casualty Insurance Company |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO |
|---|---|---|
| 621 | ☐ YES ■ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT |

| RELATED CASES PENDING? ☐ Yes ■ No | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ Yes ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) Metropolitan Property and Casualty Insurance Company | ☐ NONE ☐ UNKNOWN |
|---|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ Yes ■ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE   ☐ FRIEND/NEIGHBOR   ☐ OTHER (explain)<br>☐ FAMILIAL   ☐ BUSINESS |
|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☐ Yes  ■ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ Yes ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
151   NAME CHANGE
175   FORFEITURE
302   TENANCY
399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502   BOOK ACCOUNT (debt collection matters only)
505   OTHER INSURANCE CLAIM (including declaratory judgment actions)
506   PIP COVERAGE
510   UM or UIM CLAIM (coverage issues only)
511   ACTION ON NEGOTIABLE INSTRUMENT
512   LEMON LAW
801   SUMMARY ACTION
802   OPEN PUBLIC RECORDS ACT (summary action)
999   OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
305   CONSTRUCTION
509   EMPLOYMENT (other than CEPA or LAD)
599   CONTRACT/COMMERCIAL TRANSACTION
603N  AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y  AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605   PERSONAL INJURY
610   AUTO NEGLIGENCE – PROPERTY DAMAGE
621   UM or UIM CLAIM (includes bodily injury)
699   TORT – OTHER

**Track III - 450 days' discovery**
005   CIVIL RIGHTS
301   CONDEMNATION
602   ASSAULT AND BATTERY
604   MEDICAL MALPRACTICE
606   PRODUCT LIABILITY
607   PROFESSIONAL MALPRACTICE
608   TOXIC TORT
609   DEFAMATION
616   WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617   INVERSE CONDEMNATION
618   LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303   MT. LAUREL
508   COMPLEX COMMERCIAL
513   COMPLEX CONSTRUCTION
514   INSURANCE FRAUD
620   FALSE CLAIMS ACT
701   ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**
271   ACCUTANE/ISOTRETINOIN
274   RISPERDAL/SEROQUEL/ZYPREXA
281   BRISTOL-MYERS SQUIBB ENVIRONMENTAL
282   FOSAMAX
285   STRYKER TRIDENT HIP IMPLANTS
286   LEVAQUIN
287   YAZ/YASMIN/OCELLA
289   REGLAN
290   POMPTON LAKES ENVIRONMENTAL LITIGATION
291   PELVIC MESH/GYNECARE

292   PELVIC MESH/BARD
293   DEPUY ASR HIP IMPLANT LITIGATION
295   ALLODERM REGENERATIVE TISSUE MATRIX
296   STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
297   MIRENA CONTRACEPTIVE DEVICE
299   OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
300   TALC-BASED BODY POWDERS
601   ASBESTOS
623   PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.

**Please check off each applicable category**   ☐ Putative Class Action   ☐ Title 59

MIDDLESEX VICINAGE CIVIL DIVISION
P O BOX 2633
56 PATERSON STREET
NEW BRUNSWICK    NJ 08903-2633

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (732) 519-3728
COURT HOURS  '8:30 AM - 4:30 PM

DATE:    APRIL 21, 2017
RE:      HANLEY MARYELLEN VS METROPOLITAN PROPERTY
DOCKET: MID L -002353 17

THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 2.

        DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

        THE PRETRIAL JUDGE ASSIGNED IS:  HON PHILLIP L. PALEY

        IF YOU HAVE ANY QUESTIONS, CONTACT TEAM       002
AT:  (732) 519-3737 EXT 3737.

        IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
        PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:
                                ATT: PAUL A. GARFIELD
                                DAVIS SAPERSTEIN & SALOMON PC
                                375 CEDAR LANE
                                TEANECK          NJ 07666-3433

JUMLEE2

## NJ SUPERIOR COURT LAWYER REFERRAL AND LEGAL SERVICE LIST

**ATLANTIC COUNTY:**
Deputy Clerk, Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Fl
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk, Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk, Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk, Superior Court
Civil Processing Office
Hall of Justice
1st Fl, Suite 150
101 South 5th Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 482-0618
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk, Superior Court
9 N. Main Street
Cape May Court House, NJ
08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk, Superior Court
Civil Case Management Office
60 West Broad Street
P. O. Box 10
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk, Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr.
Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk, Superior Court
Civil Case Management Office,
Attn: Intake, First Fl., Court
House
1 North Broad Street
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk, Superior Court
Civil Records Dept.
Brennan Court House, 1st Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk, Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 236-6109
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk, Superior Court
Local Filing Office, Courthouse
175 S. Broad Street
P. O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk, Superior Court
Middlesex Vicinage
Second Floor, Tower
56 Paterson Street
P. O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk, Superior Court
Court House
P. O. Box 1269
Freehold, NJ 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington & Court Streets
P. O. Box 910
Morristown, NJ 07963-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk, Superior Court
Court House, Room 121
118 Washington Street
P.O. Box 2191
Toms River, NJ 08754-2191
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk, Superior Court
Civil Division - Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk, Superior Court
Attn: Civil Case Management
Office
92 Market Street
Salem, NJ 08079
LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 691-0494

**SOMERSET COUNTY:**
Deputy Clerk, Superior Court
Civil Division Office
40 North Bridge Street
P. O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk, Superior
Court
Sussex County Judicial
Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk, Superior
Court
1st Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-
6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk, Superior
Court
Civil Division, Court
House
413 Second Street
Belvidere, NJ 07823-
1500
LAWYER REFERRAL
(908) 859-4300
LEGAL SERVICES
(908) 475-2010

# EXHIBIT B

ALJ 12071

A TRUE COPY ATTEST

*[signature]*

J.F. MALLINSON
RI CONSTABLE # 6174
SERVED 5/8/17 1242 2

DAVIS, SAPERSTEIN & SALOMON P.C.
375 Cedar Lane
Teaneck, NJ 07666-3433
(201) 907-5000
Fax: (201) 692-0444
Attorneys for Plaintiff

| | |
|---|---|
| MARYELLEN HANLEY AND JOSEPH HANLEY, HER SPOUSE, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MIDDLESEX |
| Plaintiff(s), | DOCKET NO. MID-L-2353-17 |
| - vs - | *Civil Action* |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, JOHN DOES 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS) AND/OR XYZ CORPS. 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN CORPORATIONS, PARTNERSHIPS AND/OR LIMITED LIABILITY COMPANIES OR OTHER TYPES OF LEGAL ENTITIES) | **SUMMONS** |
| Defendant(s). | |

**FROM THE STATE OF NEW JERSEY**
**TO THE DEFENDANT (S) NAMED ABOVE:**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in

-1-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

5/8 Received by Briana-Crowley

foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

/s/ Michelle M. Smith

MICHELLE M. SMITH, Clerk

Dated: May 4, 2017

Name of Defendant to be served:   Metropolitan Property and Casualty Insurance Company
700 Quaker Lane
Warwick, RI 02886

-2-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Maryellen Hanley and Joseph Hanley, her spouse

### DEFENDANTS

Metropolitan Properly and Casualty Insurance Company

**(b)** County of Residence of First Listed Plaintiff    Somerset County, NJ
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Kent County, RI
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Paul A. Garfield, Esq., Davis, Saperstein & Salomon, P.C., 375 Cedar Lane, Teaneck, NJ 07666, (201) 907-5000

Attorneys *(If Known)*

Anthony J. Accardi, Esq., Accardi & Mirda, P.C., 100 Eagle Rock Ave., Ste. 307, East Hanover, NJ 07936, (973) 585-6480

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1   U.S. Government Plaintiff
- ❏ 3   Federal Question
  *(U.S. Government Not a Party)*
- ❏ 2   U.S. Government Defendant
- ☒ 4   Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*       *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal | ❏ 376 Qui Tam (31 USC |
| ❏ 130 Miller Act | ❏ 315 Airplane Product |     Product Liability | |     28 USC 157 |     3729(a)) |
| ❏ 140 Negotiable Instrument |     Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & |     Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
|     & Enforcement of Judgment |     Slander |     Personal Injury | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' |     Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted |     Liability | ❏ 368 Asbestos Personal | | ❏ 840 Trademark | ❏ 460 Deportation |
|     Student Loans | ❏ 340 Marine |     Injury Product | | | ❏ 470 Racketeer Influenced and |
|     (Excludes Veterans) | ❏ 345 Marine Product |     Liability | **LABOR** | **SOCIAL SECURITY** |     Corrupt Organizations |
| ❏ 153 Recovery of Overpayment |     Liability | **PERSONAL PROPERTY** | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 480 Consumer Credit |
|     of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud |     Act | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ |
| ❏ 190 Other Contract |     Product Liability | ❏ 380 Other Personal |     Relations | ❏ 864 SSID Title XVI |     Exchange |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal |     Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise |     Injury | ❏ 385 Property Damage | ❏ 751 Family and Medical | | ❏ 891 Agricultural Acts |
| | ❏ 362 Personal Injury - |     Product Liability |     Leave Act | | ❏ 893 Environmental Matters |
| |     Medical Malpractice | | ❏ 790 Other Labor Litigation | | ❏ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement | **FEDERAL TAX SUITS** |     Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** |     Income Security Act | ❏ 870 Taxes (U.S. Plaintiff | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | |     or Defendant) | ❏ 899 Administrative Procedure |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party |     Act/Review or Appeal of |
| ❏ 240 Torts to Land | ❏ 443 Housing/ |     Sentence | |     26 USC 7609 |     Agency Decision |
| ❏ 245 Tort Product Liability |     Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | |     State Statutes |
| |     Employment | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| |     Other | ❏ 550 Civil Rights |     Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | |     Conditions of | | | |
| | |     Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1   Original Proceeding
- ☒ 2   Removed from State Court
- ❏ 3   Remanded from Appellate Court
- ❏ 4   Reinstated or Reopened
- ❏ 5   Transferred from Another District *(specify)*
- ❏ 6   Multidistrict Litigation - Transfer
- ❏ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332

Brief description of cause:
Plaintiff has filed a claim against Defendant for Underinsured Motorist Benefits

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
485,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE                              DOCKET NUMBER

DATE
06/06/2017

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

JS 44 Reverse  (Rev. 08/16)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)    Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)    County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)    Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.    Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.    Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for:  Nature of Suit Code Descriptions.

**V.    Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.    Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

ACCARDI & MIRDA, P.C.
100 Eagle Rock Ave., St. 307
East Hanover, New Jersey  07936
Tele:  (973) 585-6480
Fax:  (973) 585-6487
Attorney/Firm ID: 029391987
Attorneys for Defendant, METROPOLITAN PROPERTY AND CASUALTY INSURANCE
COMPANY

---

|  |  |
|---|---|
| MARYELLEN HANLEY AND JOSEPH HANLEY, HER SPOUSE, | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY<br>: |
| Plaintiffs, | : |
| vs. | : CIVIL ACTION |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, JOHN DOES 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS), AND/OR XYZ CORPS. 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN CORPORATIONS, PARTNERSHIPS AND/OR LIMITED LIABILITY COMPANIES OR OTHER TYPES OF LEGAL ENTITIES), and LUCILLE BIONDO, | : **CERTIFICATE OF SERVICE** |
| Defendants, | : |

---

I, ANTHONY J. ACCARDI, ESQ., certify as follows:

1.  On June 6, 2017, I electronically filed the within Notice of Removal with William T. Walsh, the Clerk of the Court, United States District Court, Martin Luther King Federal Courthouse & Building, 50 Walnut Street, in Newark, New Jersey 07102.

2.  On June 6, 2017, I forwarded one (1) copy of the within Notice of Removal to the Clerk, Middlesex County Superior Court, 56 Paterson Street, in New Brunswick, New Jersey 08903, via New Jersey Lawyer's Service.

3.  On June 6, 2017, I forwarded one (1) copy of the within Notice of Removal to Paul A. Garfield, Esq., Davis, Saperstein & Salomon, P.C., 375 Cedar Lane, Teaneck, New Jersey 07666, via New Jersey Lawyer's Service.

I hereby certify that the foregoing statements made by are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
ANTHONY J. ACCARDI, ESQ.

Date: June 6, 2017