**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office – Trenton, NJ**

MARYELLEN HANLEY, et al.

                                        Plaintiff,

v.                                            Case No.:
                                                3:17–cv–04163–MAS–TJB

                                                Judge Michael A. Shipp

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY, et al.

                                       Defendant.

## 60 DAY ORDER ADMINISTRATIVELY TERMINATING ACTION

    It having been reported to the Court that the above–captioned action has been settled,

    **IT IS** on this 23rd day of February, 2018,

    **ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

    **ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

    **ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and it is further

    **ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60–day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

                /s/ Michael A. Shipp
                _____
                MICHAEL A. SHIPP United States District Judge